UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-mj-150 |
| | : | |
| BENJAMIN BOWDEN | : | |
| | : | |
| Defendant. | : | |

ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on October 24, 2024, be continued to November 21, 2024, at 1:00 pm and it is further

**ORDERED** that the time between October 24, 2024, and November 21, 2024, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to potentially resolve this matter and additional time for the defendant to review discovery,

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE